**Eulah B. BAILEY, Appellant,**

v.

**John E. POTTER, Postmaster
General, Appellee.**

**No. 07–1921.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 15, 2008.

Filed: June 3, 2008.

Eulah B. Bailey, Kansas City, MO, pro se.

2. The Honorable Irvin N. Hoyt, Chief Judge, United States Bankruptcy Court for the District of South Dakota.

Jerry L. Short, Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Eulah Bailey appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination case. We agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.